

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00007-CV

**IN THE INTEREST OF H.S.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01861
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of costs; no costs are taxed in this appeal.

SIGNED June 23, 2021.

_____
Patricia O. Alvarez, Justice